**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

BRUCE WALSETH, Civil No. 02-818 DWF/AJB

Plaintiff,

v. **PRETRIAL SCHEDULING ORDER**

ACORDIA, INC., ET AL.,

Defendant.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Discovery shall be commenced in time to be completed by November 15, 2002.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before September 1, 2002.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) on or before September 15, 2002.

   b. By Defendant(s) on or before October 15, 2002.

4. No more than 25 interrogatories (counted in accordance with Fed.R.Civ.P. 33(a)) shall be served by any side.

5. No more than 3 factual depositions, excluding expert witness depositions, shall be taken by any side. Each side shall take no more than 1 expert depositions.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be served by July 15, 2002.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, November 15, 2002.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

Dispositive Motions

1. All dispositive motions shall be served by the parties by February 15, 2003. (Counsel are reminded that they must anticipate the time required for scheduling a hearing by calling Calendar Clerk Gertie Simon, 612-664-5093.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a trial on April 1, 2003, or upon resolution of any pending dispositive motions. Each party may call no more than 1 expert witnesses. Anticipated length of trial is 1 - 2 days.

Dated: August 20, 2002

Arthur J. Boylan
United States Magistrate Judge