**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Bruce Walseth,

Plaintiff,

v.

Acordia, Inc. and Does 1 through 5,

Defendant.

Court File No: 02-818 (AJB)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT AN AWARD OF COSTS.**

---

All claims against Acordia, Inc. and Does 1 through 5 having been fully compromised and settled,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed with prejudice and on the merits, but without further costs to any of the parties, with regard to all claims, crossclaims, and causes of action against Acordia, Inc. and Does 1 through 5. This dismissal shall have no bearing upon the remaining claims against other defendants.

IT IS FURTHER STIPULATED AND AGREED that any of the parties, without notice to the others, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

Dated: 27 Jan 03

**WESTRICK & MCDOWALL-NIX, P.L.L.P.**

John G. Westrick

John G. Westrick, #206581
400 Minnesota Building
46 East Fourth Street
St. Paul, MN 55101
Attorney for Plaintiff
651.292.9603



JAN 29 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 29 2003
DEPUTY CLERK

Dated: January 22, 2003

**FAEGRE & BENSON, L.L.P.**

Mark J. Carpenter, #252189
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Attorney for Defendant
612.766.7000

**ORDER**

Pursuant to the foregoing Stipulation, all claims, crossclaims and causes of action in the above-entitled action against Acordia, Inc. and Does 1 through 5 are hereby dismissed with prejudice, and without cost to any party. This dismissal shall not affect the remaining claims against the other defendants.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 29, 2003

**BY THE COURT:**

The Honorable Arthur J. Boylan
Judge of District Court