# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

BRUCE WALSETH
Plaintiffs

Case No: Civ.02-818 (AJB)

v.

**JUDGMENT IN A CIVIL CASE**

ACORDIA, INC. and
DOES 1 through 5
Defendant

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X ) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that:**

all claims, crossclaims and causes of action against Acordia, Inc. and Does 1 through 5 are hereby dismissed with prejudice, and without cost to any party. This dismissal shall not affect the remaining claims against the other defendants.

RICHARD D. SLETTEN, CLERK

Dated: January 29, 2003

Susan E Anderson
Division Manager

N:\JUDGMENT.CIV

13